**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ASTUTE ELECTRONICS, INC.,** *Plaintiff,* | § § § § | |
| **v.** | § § § | **1:25-CV-2011-ADA-ML** |
| **GENERAL MOTORS, LLC,** *Defendant.* | § § § § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 28. Judge Lane recommends that this Court **GRANT IN PART and DENY IN PART** Defendant's Motion to Dismiss Counts II, III, IV, and VI (Dkt. 16). *Id.* at 16. Specifically, the report recommends that this Court **GRANT** Defendant's Motion and **DISMISS WITH PREJUDICE** Plaintiff's claims for post-contract fraud, fraud, and negligent misrepresentation and **DENY** Defendant's Motion as pertains to Plaintiff's claim for fraudulent inducement. *Id.* The report was filed on May 13, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on May 27, 2026 (Dkt. 32), Defendant filed a Response on June 10, 2026 (Dkt. 36), and Plaintiff filed a Reply in Support on June 17, 2026 (Dkt. 38). The Court

has conducted *de novo* review of the Report and Recommendation (Dkt. 28), Plaintiff's objections (Dkt. 32), Defendant's Response (Dkt. 36), Plaintiff's Reply (Dkt. 38), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 28) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Dkt. 32) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Counts II, III, IV, and VI (Dkt. 16) is hereby **GRANTED IN PART and DENIED IN PART.** Specifically, Plaintiff's claims for post-contract fraud, fraud, and negligent misrepresentation are hereby **DISMISSED WITH PREJUDICE.** Defendant's Motion as it pertains to Plaintiff's claim for fraudulent inducement is hereby **DENIED.**

**SIGNED** this 22nd day of June, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE